IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Beason, Wanda | Case Number:  06 B 10767 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  4/22/08 | Filed:  8/30/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion:  February 19, 2008
Confirmed:  October 17, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 3,466.66 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 212.96 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,975.00 |
| Trustee Fee: |  | 174.70 |
| Other Funds: |  | 104.00 |
| Totals: | 3,466.66 | 3,466.66 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,975.00 | 2,975.00 |
| 2. | Nationwide Acceptance Corp | Unsecured | 5,109.35 | 212.96 |
| 3. | HSBC Auto Finance | Unsecured | 1,784.84 | 0.00 |
| 4. | Portfolio Recovery Associates | Unsecured | 126.76 | 0.00 |
| 5. | Cash Mart | Unsecured | 46.80 | 0.00 |
| 6. | Premier Bankcard | Unsecured | 42.35 | 0.00 |
| 7. | HSBC Auto Finance | Secured | | No Claim Filed |
| 8. | First Premier | Unsecured | | No Claim Filed |
| 9. | AT&T | Unsecured | | No Claim Filed |
| 10. | ETC | Unsecured | | No Claim Filed |
| 11. | IC Collections | Unsecured | | No Claim Filed |
| 12. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 13. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 14. | Sontash Medical Billing Inc | Unsecured | | No Claim Filed |
| 15. | Bethany Hospital | Unsecured | | No Claim Filed |
| 16. | Providian | Unsecured | | No Claim Filed |
| 17. | University of Illinois | Unsecured | | No Claim Filed |
| 18. | T Mobile USA | Unsecured | | No Claim Filed |
| 19. | Target Store/Retailers Bank | Unsecured | | No Claim Filed |
| 20. | Plains Commerce Bank | Unsecured | | No Claim Filed |
| 21. | HSBC Auto Finance | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 10,085.10 | $ 3,187.96 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Beason, Wanda | Case Number:  06 B 10767 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  4/22/08 | Filed:  8/30/06 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 54.90 |
| 5.4% | 119.80 |
| | _____ |
| | $ 174.70 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

